# EXHIBIT  A



**JOHNS HOPKINS**
UNIVERSITY

Return to IDX
PO Box 480149
Niles, IL 60714

IT@JH Office of CIO
Johns Hopkins University and Johns Hopkins Medicine
5801 Smith Avenue
Davis Building, Suite 3110B
Baltimore, MD 21209

Enrollment Code: K6TJY7GKBX

To Enroll, Scan the QR Code Below:

Or Visit:
https://app.idx.us/account-creation/protect

Re:     Compromise of Employee Information                                    June 23, 2023

Dear Natalie ▮▮▮▮

We are writing to notify you about a cybersecurity incident that involved some of your personal information. We take the protection and proper use of your information very seriously. For this reason, we are contacting you directly to explain the circumstances of the incident, the measures we are taking in response, and offer steps you may consider taking.

**What Happened?**
On May 31, 2023, Johns Hopkins was notified by a third-party software vendor, MOVEit, of a technical vulnerability in its software. We took immediate action, including disconnecting the Johns Hopkins server that utilizes the MOVEit software and engaging a third-party cybersecurity incident response team to assist with forensic analysis and ongoing monitoring. The investigation determined that an unauthorized party had gained access to the Johns Hopkins server that hosted the MOVEit software on May 29, 2023, and was able to download documents off of this server containing Johns Hopkins information. This cybersecurity incident also impacted many other providers and businesses nationally and internationally.

**What Information Was Involved?**
The information downloaded included your basic demographic information, Social Security number, and date of birth. We have confirmed that no information was lost or deleted.

**What We Are Doing**
Johns Hopkins is committed to maintaining the privacy and security of your information and is taking this incident very seriously. We have been working with our business partners and law enforcement to mitigate this situation as best as possible.

Additionally, to assist in protecting you from any potential identity theft, we are providing you with two years of credit monitoring and resolution services through IDX, A ZeroFox Company, the data breach and recovery services expert. You can enroll by calling (888) 703-9247 or going to  https://app.idx.us/account-creation/protect, or scanning the QR image and using the Enrollment Code provided above.