UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: MOVEIT CUSTOMER DATA SECURITY
BREACH LITIGATION                                    MDL No. 3083

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −6)

On October 4, 2023, the Panel transferred 5 civil action(s) to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2023). Since that time, 66 additional action(s) have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Allison D. Burroughs.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Burroughs.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of October 4, 2023, and, with the consent of that court, assigned to the Honorable Allison D. Burroughs.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Oct 26, 2023

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Tiffaney D. Pete
Clerk of the Panel

Certified to be a true and
correct copy of the original
Robert M. Farrell, Clerk
U.S. District Court
District of Massachusetts

By: _____
       Deputy Clerk

Date: _10/27/2023_____

**IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION**     **MDL No. 3083**

### SCHEDULE CTO−6 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **IOWA SOUTHERN** | | | |
| IAS | 4 | 23−00336 | Seiler v. Athene Annuity and Life Company |
| **MARYLAND** | | | |
| MD | 1 | 23−02099 | Schaffer et al v. The Johns Hopkins University |
| MD | 1 | 23−02190 | Riffey v. The Johns Hopkins University et al |
| MD | 1 | 23−02539 | Ebneshahidi v. Johns Hopkins University et al |
| **NEBRASKA** | | | |
| NE | 8 | 23−00375 | Schultz v. TD Ameritrade, Inc. et al |
| NE | 8 | 23−00380 | Jeanfort v. TD Ameritrade, Inc. et al |
| NE | 8 | 23−00385 | Grande v. TD Ameritrade, Inc. |
| **OHIO NORTHERN** | | | |
| OHN | 1 | 23−01868 | Clay v. CareSource |
| **OHIO SOUTHERN** | | | |
| OHS | 3 | 23−00256 | Cooper v. Caresource |
| OHS | 3 | 23−00259 | Campo v. CareSource |
| OHS | 3 | 23−00260 | Tzikas v. CareSource |
| OHS | 3 | 23−00263 | Stevens v. CareSource |
| OHS | 3 | 23−00264 | Willis v. CareSource |
| OHS | 3 | 23−00270 | Embert, on behalf of herself, her minor child, KG, and all others similarly situated v. CareSource |
| OHS | 3 | 23−00271 | Eslinger v. CareSource |
| OHS | 3 | 23−00274 | Cameron et al v. CareSource |
| OHS | 3 | 23−00276 | Higham v. CareSource |
| OHS | 3 | 23−00293 | Moore v. CARESOURCE OHIO, INC. |